**POOLE & SHAFFERY, LLP**
Michael S. Little (SBN 183084)
Email: mlittle@pooleshaffery.com
400 South Hope Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 439-5390
Facsimile: (213) 439-0183

Attorneys for Defendant
UNITED SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIVINE ENTERPRISES, INC. and DEDICATED FLEET SERVICES, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED SPECIALTY INSURANCE COMPANY <br><br>Defendant. | Case No.: 2:17-CV-01952-MCE-DB <br><br>Complaint Filed: September 20, 2017 <br><br>**STIPULATION TO STAY ACTION PENDING COMPLETION OF AGREEMENT REGARDING RELATED LITIGATION AND DISMISSAL WITHOUT PREJUDICE AND ORDER** |

**STIPULATION TO STAY ACTION PENDING COMPLETION OF AGREEMENT REGARDING RELATED LITIGATION AND DISMISAL WITHOUT PREJUDICE**

In compliance with the Local Rules of Practice for the United States District Court, Eastern District of California ("L.R."), Rule 143, Plaintiffs DIVINE ENTERPRISES, INC. and DEDICATED FLEET SERVICES, INC. (jointly, "Plaintiffs") and Defendant UNITED SPECIALTY INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree to stay this entire action, including but not limited to, all pleadings

1 and discovery, to allow for the completion of an agreement reached between the
2 Parties with respect to a related matter pending in Illinois state court.

3     The stay shall commence upon entry by the Court of the order attached hereto, and shall end, on September 28, 2018, or ten calendar days after any party hereto files with the Court a Notice of Intent to Lift the Stay. Good cause exists for the proposed stay because the agreement reached between the parties requires the entry of a court order by the Circuit Court of Cook County, Illinois (Chancery Division) as to certain rights and obligations of Plaintiffs and Defendants in an underlying interpleader action styled *United Specialty Insurance Company v. Aleksandr Barabin, Divine Enterprises, Inc., Dedicated Fleet Services, Inc., et al.*, Case No. 17 L 008354.

    Immediately upon the Circuit Court of Cook County entering the aforementioned order in the *United Specialty Insurance Company v. Barabin, et al.* matter and, as a condition of the agreement between the Parties, Plaintiffs will immediately file a Stipulation of Dismissal without Prejudice and [Proposed] Order in this Court that, if approved and ordered, would dismiss this entire case.

    In the interim, the Parties request that the Court vacate and stay all pre-trial deadlines, including, but not limited to, all discovery completion deadlines, expert witness disclosure deadlines, and dispositive motion cut-offs.

    IT IS SO STIPULATED.

DATED: May 14, 2018      REED SMITH LLP

                                           By:   /s/   David E. Weiss
                                                  David E. Weiss
Attorneys for PLAINTIFFS,
DIVINE ENTERPRISES, INC. and
DEDICATED FLEET SERVICES, INC.

///
///

DATED: May 14, 2018      POOLE & SHAFFERY, LLP

POOLE SHAFFERY
400 SOUTH HOPE STREET, SUITE 720, LOS ANGELES, CA 90071
TELEPHONE: (213) 439-5390 FACSIMILE: (213) 439-0183

2
STIPULATION TO STAY ACTION AND ORDER (2:17-CV-01952-MCE-DB)

POOLE·SHAFFERY
400 South Hope Street, Suite 720, Los Angeles, CA 90071
Telephone: (213) 439-5390  Facsimile: (213) 439-0183

By:   /s/  Michael S. Little
       Michael S. Little
       Attorneys for DEFENDANT,
       UNITED SPECIALTY INSURANCE
       COMPANY

## ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing, orders that this case shall be stayed up to and including the earlier of either September 28, 2018, or a date ten calendar days after any party files a Notice of Intent to Lift the Stay, to permit the Parties to complete the terms of their agreement. In the event the Parties are unable to complete the agreement and/or the Stipulation of Dismissal Without Prejudice and [Proposed] Order are not filed with this Court by September 28, 2018, counsel for Defendant shall promptly notify the Court.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE