David E. Weiss (SBN 148147)
Email: dweiss@reedsmith.com
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiffs
Divine Enterprises, Inc. and Dedicated Fleet Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIVINE ENTERPRISES, INC., and DEDICATED FLEET SERVICES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | No.: 2:17-CV-01952-MCE-DB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the Stipulation to Stay Action Pending Completion of Agreement Regarding Related Litigation and Dismissal Without Prejudice and Order, entered by the Court on May 15, 2018, Plaintiffs DIVINE ENTERPRISES, INC. and DEDICATED FLEET SERVICES, INC. (collectively "Plaintiffs"), and Defendant UNITED SPECIALTY INSURANCE COMPANY ("Defendant") (collectively the "Parties") by and through their respective counsel, stipulate and agree that this lawsuit hereby is voluntarily dismissed as to all of Plaintiffs' claims against Defendant, without prejudice, and with each party to bear its own costs and fees.

DATED: October 4, 2018          REED SMITH LLP


                                By: /s/ David E. Weiss
                                    David E. Weiss
                                    Attorneys for Plaintiffs
                                    Divine Enterprises, Inc. and Dedicated Fleet
                                    Services, Inc.

DATED: October 4, 2018          POOLE & SHAFFERY, LLP


                                By: /s/ Michael S. Little
                                    Michael S. Little
                                    Attorneys for Defendant United Specialty
                                    Insurance Company


**ORDER**

Pursuant to the stipulation of the parties, this action is DISMISSED, without prejudice, each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE